STATE OF NEW JERSEY v. NOEL O'HALLORAN.

March 17, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY RICHARDSON.

March 17, 1980.

Petition for certification denied.

MARILYN S. LEEK v. CIVIL SERVICE COMMISSION.

March 17, 1980.

Petition for certification denied.